# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WILLIAM CORTINAS,<br><br>        Plaintiff,<br><br>  v.<br><br>TIMOTHY LOCKWOOD, et al.,<br><br>        Defendants. | 1:10-CV-02270-OWW-DLB PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION AND DENYING MOTION CONSTRUED AS MOTION FOR PRELIMINARY INJUNCTION<br><br>(DOC. 9) |

Plaintiff Larry William Cortinas ("Plaintiff") is a California state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On January 14, 2011, Plaintiff filed a motion for the return of his typewriter and supplies. Doc. 7. The Court construed the motion as one for preliminary injunction. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 3, 2011, the Magistrate Judge filed a Findings and Recommendations which was served on Plaintiff and which contained notice to Plaintiff that any objection to the Findings and Recommendations was to be filed within eighteen days. Plaintiff did not file a timely Objection to the Findings and Recommendations.

1

1   In accordance with the provisions of 28 U.S.C. § 636(b)(1),
2 this Court has conducted a *de novo* review of this case.  Having
3 carefully reviewed the entire file, the Court finds the Findings
4 and Recommendations to be supported by the record and by proper
5 analysis.
6   Accordingly, IT IS HEREBY ORDERED that:
7   1.  The Findings and Recommendations, filed June 3, 2011, is
8       adopted in full; and
9   2.  Plaintiff's motion, filed January 14, 2011, is denied.
10 IT IS SO ORDERED.
11 **Dated:   August 5, 2011**            /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE

2