# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WILLIAM CORTINAS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>TIMOTHY LOCKWOOD, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:10-CV-02270-LJO-DLB PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CERTAIN CLAIMS AND DEFENDANTS (DOC. 14)<br><br>ORDER DISREGARDING MOTION FOR RECONSIDERATION (DOC. 19) |

　　　　Plaintiff Larry William Cortinas ("Plaintiff") is a California state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On July 7, 2011, Plaintiff filed his first amended complaint. Doc. 11. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On November 10, 2011, the Magistrate Judge filed a Findings and Recommendations which was served on Plaintiff and which contained notice to Plaintiff that any objection to the Findings and Recommendations was to be filed within thirty days. Doc. 14. Plaintiff filed an Objection to the Findings and Recommendations on December 8, 2011. Doc. 18.[1]

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

---

[1] On December 9, 2011, Plaintiff filed a motion for reconsideration of the Findings and Recommendations. Doc. 19. The motion repeats Plaintiff's objections. Plaintiff's motion is HEREBY ORDERED disregarded.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed November 10, 2011, is adopted in full;
2. This action proceed against Defendant Mora on the Eighth Amendment deliberate indifference claim and the Equal Protection Clause of the Fourteenth Amendment discrimination on the basis of religion claim; and
3. Plaintiff's claims against Defendants Lockwood, Kernan, Yates, Nash, Walker, Herrera, J. Walker, W. Myers, Phillips, Artis, Foston, Catlett, Mardian, Rohrdanz, Brown, Dudarewicz, Duenas and Igbinosa are DISMISSED from this action for failure to state a claim.

IT IS SO ORDERED.

**Dated:     January 6, 2012**                    /s/ Lawrence J. O'Neill
                                                                                UNITED STATES DISTRICT JUDGE